UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO.   3:09-cr-304-J-25TEM
           3:09-cr-305-J-25TEM

**LARRY M. PROVENCAL**
**ALLEN S. PROVENCAL**

_____

# O R D E R

**THIS CAUSE** is before the Court on the Unopposed Motion to Continue Sentencing Hearing or Alternatively Reschedule the Singletary Hearing.  Upon consideration, it is

**ORDERED** that the motion is **GRANTED** to the extent that the sentencing hearing is rescheduled for **October 25, 2011 at 2:00 p.m.**, in Courtroom 10A, Bryan Simpson United States Courthouse, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of September, 2011.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record
U. S. Probation Office
U.S. Pretrial Services