**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 3:09-cr-304-WWB-SJH

LARRY MICHAEL PROVENCAL
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Claim for Exemptions and Request for Hearing or Transfer (Doc. 84) and the Government's Motion for Final Order of Garnishment (Doc. 85). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 91), in which he recommends that Defendant's Motion be granted in part and otherwise denied as moot, and that the Government's Moton be granted.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 91) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Claim for Exemptions and Request for Hearing or Transfer (Doc. 84) is **GRANTED in part** to the extent it seeks to recognize Sherri Provencal's interest in Defendant's joint savings account and **DENIED as moot** in all other respects.

3. The Government's Motion for Final Order of Garnishment (Doc. 85) is **GRANTED**.

4. Garnishee VyStar Credit Union shall liquidate Defendant Larry Michael Provencal's nonexempt interest and to pay over to the United States:

   a. the full balance contained in Defendant's solely owned checking account (containing approximately $39,883.59); and

   b. fifty percent of the balance contained in Defendant's jointly owned savings account (fifty percent of the total approximate account balance of $28,509.88 is $14,254.94).

   The total to be garnished from the accounts is approximately $54,138.53.

5. Payment made to the United States pursuant to the garnishment shall bear the notation "Larry Michael Provencal, Case No. 3:09-cr-304," be made payable to "Clerk, United States District Court," and be sent to:

   Clerk, United States District Clerk
   ATTN: DCU
   401 West Central Boulevard, Suite 1200
   Orlando, Florida 32801

**DONE AND ORDERED** in Jacksonville, Florida on April 17, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

2